DAVID J. COHEN, ESQ.
California Bar No. 145748
MATT A. SULLIVAN, ESQ.
California Bar No. 248842
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, California 94104
Telephone: (415) 398-3900
Facsimile: (415) 398-7500

Attorneys for Defendant **Cesar Noe Villa**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

|  |  |
|---|---|
| UNITED STATES v. SALAZAR, ET. AL. | NO. 1:11-cr-00051-OWW-2<br><br>**ORDER** |

**GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED** that Mr. Villa's preliminary motions, currently set to be filed by April 7, 2011, be filed by April 14, 2011, that the government's response to all defense motions be due to be filed by May 13, 2011, that any defense reply be filed by May 20, 2011, and that the hearing on these motions remain set for June 6, 2011, at 1:30 p.m. in Courtroom 3.

**IT IS SO ORDERED.**

Dated: April 12, 2011          /s/ OLIVER W. WANGER
                               UNITED STATES DISTRICT JUDGE