1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   KATHLEEN A. SERVATIUS
3  Assistant U.S. Attorneys
   4-401 Federal Building
4  2500 Tulare Street
   Fresno, California 93721
5  Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:10-cr-00211 OWW |
| | ) | |
| Plaintiff, | ) | **AMENDED** ORDER GRANTING |
| | ) | GOVERNMENT'S REQUEST FOR |
| v. | ) | PROTECTIVE ORDER |
| | ) | Fed.R.Crim.P. 16(d) |
| SHAWN CAMERON, et al. | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 01:10-CR-00346 OWW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARTIN MARTINEZ, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 01:10-CR-00363 OWW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FELIPE RAMIREZ, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

1

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA, ) | 01:11-CR-0051 OWW |
| 2 | Plaintiff, ) | |
| 3 | v. ) | |
| 4 | ROBERT SALAZAR, et. al., ) | |
| 5 | ) | |
| 6 | Defendants. ) | |

After considering the Defendant Joe Dominguez's Opposition to Continued Protective Order Re: Discovery, Defendant Jauregui's Motion for Modification of Restrictive Discovery Order, and Defendant Villa's objections voiced in his Preliminary Motions; and the Government's Responses thereto, having found good cause for the Protective Order, finding good cause for the continued need for such;[1]

IT IS HEREBY ORDERED THAT:

    1. Defense counsel is prohibited from providing copies of the discovery listed in Attachment A to anyone other than members of the defense team (the team is defined as including defense investigators, legal assistants, and experts). Defense counsel, however, is NOT prohibited from showing discovery listed on Attachment A to his/her client-defendant. Defense counsel is prohibited from leaving copies of the discovery with the client-defendant **when a member of the defense team** is not physically present with the client-defendant.

    2. For items provided in discovery but not listed on Attachment A, defense counsel is prohibited from providing copies of the discovery to anyone other than the defendant and members of the defense team (the team is defined as including defense

---

[1] The applications, orders, affidavits, recordings, and transcripts associated with the wire interceptions authorized by the Honorable Oliver W. Wanger are currently sealed. This information is still under seal, although the Court authorized the release of this information for use in above-entitled criminal cases to the defense pursuant to separate protective orders. Those protective orders, however, also contain a provision that such materials may not be given to the **defendant**, **although they may be reviewed with the defendant**. The case numbers for the wire interceptions are 1:10-sw-56, 1:10-sw-60, 1:10-sw-82, 1:10-sw-89, 1:10-sw-98, 1:10-sw-108, 1:10-sw-105, 1:10-sw-116. This order does not affect the continued viability of those protective orders.

2

investigators, legal assistants, and experts).  The defendant and any member of the defense team receiving copies of discovery under this order, are similarly prohibited from providing the discovery or copies thereof to anyone else.

      3. Defense counsel must present to the Court a declaration executed by any intended recipient, including the defendant, indicating that he/she has read the Court's protective order and agrees to abide by its terms.  Further, that defense counsel must provide a declaration to the Court indicating to whom the discovery has been provided and how many copies.

      4. Within 20 days after finality of the instant case, as determined under the Federal Rules of Criminal Procedure and case law from the Ninth Circuit Court of Appeals and United States Supreme Court, counsel for the defendants shall return any an all copies of the protected material to the government's attorney and so certify to the government's attorney. Should any copies of the protected material have been made by defense counselor or their staff and disseminated pursuant to this order, such copies shall be returned to defense counsel within 20 days after jurisdiction in the district court ceases, and defense counsel shall return them to the government within 10 days thereafter.

IT IS SO ORDERED.

DATED: May 18, 2011                    /s/OLIVER W. WANGER
                                                UNITED STATES DISTRICT JUDGE

# **ATTACHMENT A**

| BATES STAMP NUMBERS | DOCUMENT |
|---|---|
| 2395-2396 | Shawn Cameron's arson and narcotics registration forms |
| 2430-2461;<br>2466-2468;<br>2469-2496;<br>2497-2523;<br>2524-2777;<br>2786-2810;<br>2816-2846;<br>2903;<br>3053;<br>3520-3609 | Various income tax documents, including returns and W-2 forms, driver's license forms and/or social security documents for various individuals who are not named defendants |
| 3002-3017;<br>3021-3027;<br>3036-3051;<br>3066-3079 | Various income tax documents of Richard Salas |
| 3655-3740 | Various income tax and financial documents of David Terrazas. |
| 9428-9431;<br>9433-9434;<br>9437-9438, up to and including li 19;<br>9439, line 11 - 9440<br>9446-9451, up to and including li 7;<br>9453 li 22 - 9459, up to and including li 23;<br>9462 li 4-9468;<br>9469 lis 15-25;<br>9470 lis 9-25;<br>9553-9556 up to and including li 20;<br>9557 lis 18-19;<br>9558 li 13-9559, up to and including li 4;<br>9561 li 16-9563, up to and including li 10;<br>9564 li 12-9566, up to and including li 2;<br>9566 lis 18-20;<br>9572 lis 1-16;<br>9573 li 22-9575, up to and including li li 8;<br>9579 lis 1-18;<br>9580-9584;<br>9586 li 7-9594, up to and including li 22;<br>9595 lis 14-19;<br>9596 lis 2-7;<br>9668-9673;<br>9675 li 21 - 9680 li 7;<br>9686;<br>9688-9690 li 13;<br>9693 li 6 - 9699 li 7;<br>9701 li 14 - 9712;<br>9836 li 18-9839 li 16;<br>9840 lis 12-25;<br>9844 li 909846 li 4;<br>9847 li 6-9849 li 13; | These excerpts contain specific information regarding various confidential informants' backgrounds and information provided by confidential informants that could reasonably lead to an inference of the confidential informant's identity |

| BATES STAMP NUMBERS | DOCUMENT |
|---|---|
| 9854 lis 15-25;<br>9856 li 14-9859 li 2;<br>9861 li 19-9866 li 12;<br>9867 lis 10-25;<br>9869 li 24-9877 li 11;<br>9878 lis 4-15;<br>9880 lis 14-25;<br>9973 li 22-9976 li 20;<br>9977 li 16-9979 li 4;<br>9981 li 16-9983 li 6;<br>9984 li 12-9986 li 2;<br>9992 lis 1-16;<br>9994 li 2-9996 li 8;<br>9999-10005 li 2;<br>10007 li 7-10008 li 14;<br>10009 -10014 li 22;<br>10114-10116 li 20;<br>10118 li 13-10119 li 4;<br>10121 li 16-10123 li 21;<br>10124 li 12-10125;<br>10132 lis 1-16;<br>10134-10136 li 8;<br>10139-10142;<br>10144 lis 7-25;<br>10147 li 7-10148 li 14;<br>10149-10153;<br>10155 lis 16-25;<br>10272-10276;<br>10277;<br>10280-10284;<br>10290;<br>10292-10294;<br>10297-10303;<br>10305 li 23-10314;<br>10316;<br>10419-10421;<br>10423-10424 li 10;<br>10426 li 21- 10429 li 2;<br>10429 li 18-10431 li 7;<br>10431 li 23-10431 li 25;<br>10437 lis 4-21;<br>10439-10441 li 13;<br>10444 li 5-10450 li 7;<br>10452 li 14-10460;<br>10573-10575;<br>10577-10578;<br>10581-10582;<br>10583 li 20-10585 li 9;<br>10591 lis 7-25;<br>10593 li 5-10595 li 16;<br>10598 li 8-10602;<br>10604;<br>10606 li 16-10613 li 16;<br>10614 li 20-10615 li 13;<br>10624 lis 17-19; | |

| **BATES STAMP NUMBERS** | **DOCUMENT** |
|---|---|
| 10729-10732 li 1;<br>10733 li 24-10734 li 14;<br>10737-10741 li 10;<br>10742 li 2-4;<br>10747 lis 8-24;<br>10749 li 5-10751 li 16;<br>10754 li 8-10758;<br>10760 lis 1-10;<br>10762 li 16-10769 li 16;<br>10770 lis 21-24;<br>10773 lis 14-16;<br>10907-10909 li 20;<br>11070 li 15-11071 li 20;<br>11235 li 15-11236 li 20;<br>11352 li 19-11353;<br>11473 li 6-11474 li 11;<br>15314-15338 | |
| 14161<br>14754<br>14770-14772 | Arrest/evidence report for a non-codefendant that contains personal identification information |
| 14318-14320;<br>14305-14306;<br>14321-14328;<br>14321-14328;<br>14562;<br>14745 | Statement of a witness |
| 14748;<br>14750;<br>14752 | Theft report containing identifying information for the victim |
| 15225-15226 | W-2 forms for Alejandro Maldonado |
| 15269 to 16551 | Wire interception documents subject to separate protective order[1] |
| 17314-17439;<br>17445-17468;<br>17478-17493;<br>17500-17516;<br>17520-17620;<br>17630-17632;<br>17643-17679;<br>17687-17726;<br>17758-17764;<br>17771-17836 | ATF Reports and attachments regarding controlled buys of narcotics using and information from a CI; coding data (for kites) |
| 17865 to 18062 | FBI Report reciting KCNTF reports of CI buys, information from informant |

| **BATES STAMP NUMBERS** | **DOCUMENT** |
|---|---|
| 19233-19234<br>19237 - 19240<br>19243 - 19248<br>19257 - 19262 | Reports of CI buys, information from informant |
| DVDs:<br> 24-100<br> 24-101<br> 29-100<br> 29-101<br> ATF Electronic<br>  Surveillance,<br> non-wire (sent out<br> March 8, 2011) | Contains evidence concerning/identifying witnesses and/or confidential informants |