DAVID J. COHEN, ESQ.
California Bar No. 145748
MATT A. SULLIVAN, ESQ.
California Bar No. 248842
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, California 94104
Telephone: (415) 398-3900
Facsimile: (415) 398-7500

Attorneys for Defendant **Cesar Noe Villa**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. 1:11-CR-00051-OWW-2 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION TO CONTINUE MR. VILLA'S HEARING ON DEFENSE MOTIONS CURRENTLY SCHEDULED FOR JULY 18, 2011 AT 2:00 P.M. TO SEPTEMBER 26, 2011 AT 2:00 P.M.** |
| v. | ) | |
| | ) | |
| CESAR VILLA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties that the hearing on Mr. Villa's motion scheduled for July 18, 2011 at 2:00 p.m. will be continued until September 26, 2011 at 2:00 p.m.

This stipulation is based upon the following facts:

1. Counsel for Mr. Villa, David J. Cohen, Esq., will be in trial in the matter of *People v. Dhir*, Case No. SC069905, on July 18, 2011.

2. Mr. Cohen attempted to seek permission from the trial court in *Dhir* to attend the July 18, 2011 hearing, but the Court was unwilling to accommodate Mr. Cohen.

3. The government agreed to the date of September 26, 2011, provided that all counsel for defendants also agree to that

date. All counsel agreed via e-mail (Please see Exhibit A) with the exception of Mr. Forkner, who agreed by telephone on Friday, July 8, 2011.

**IT IS SO STIPULATED**.

| | |
|---|---|
| Dated: July 11, 2011 | By: /s/Kathleen A. Servatius<br>KATHLEEN A. SERVATIUS, ESQ.<br>United States Attorney |
| Dated: July 11, 2011 | By: /s/Kimberly A. Sanchez<br>KIMBERLY A. SANCHEZ, ESQ.<br>United States Attorney |
| Dated: July 11, 2011 | By: /s/James R. Homola<br>JAMES R. HOMOLA, ESQ. |
| Dated: July 11, 2011 | By: /s/Joan Jacobs Levie<br>JOAN JACOBS LEVIE, ESQ. |
| Dated: July 11, 2011 | By: /s/Carol Ann Moses<br>CAROL ANN MOSES, ESQ. |
| Dated: July 11, 2011 | By: /s/Robert Lee Forkner<br>ROBERT LEE FORKNER, ESQ. |
| Dated: July 11, 2011 | By: /s/Alexis Wilson Briggs<br>ALEXIS WILSON BRIGGS, ESQ. |
| Dated: July 11, 2011 | By: /s/Karen L. Lynch<br>KAREN L. LYNCH, ESQ. |
| Dated: July 11, 2011 | **BAY AREA CRIMINAL LAWYERS, PC**<br><br>By: /s/David J. Cohen<br>DAVID J. COHEN, ESQ.<br>Attorneys for Defendant **Villa** IT IS SO ORDERED. |
| **Dated:  July 11, 2011** | /s/ Oliver W. Wanger<br>UNITED STATES DISTRICT JUDGE |