BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
KIMBERLY A. SANCHEZ
Assistant U.S. Attorneys
4-401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

FILED
SEP 21 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERT SALAZAR,
CESAR NOE VILLA, and
RAFAEL JAQUEZ,

Defendants.

1:11-cr-00051 LJO

ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS DEFENDANTS **ROBERT SALAZAR, CESAR NOE VILLA, AND RAFAEL JAQUEZ** WITHOUT PREJUDICE AND ORDERING THAT DEFENDANTS REMAIN DETAINED
(Fed. R. Crim. P. 48(a))

IT IS HEREBY ORDERED that the charges as to ROBERT SALAZAR, CESAR NOE VILLA, and RAFAEL JAQUEZ, only, in the above-entitled case be dismissed without prejudice, in the interest of justice.

IT IS FURTHER ORDERED THAT the defendants ROBERT SALAZAR, CESAR NOE VILLA, and RAFAEL JAQUEZ, remain DETAINED as ordered in case number 1:11-cr-220 LJO.

Dated: September 21, 2011

_____
Honorable Lawrence J. O'Neill
U.S. District Judge

1